

# Fourth Court of Appeals
## San Antonio, Texas

February 6, 2014

No. 04-13-00477-CV

Matthew D. **WHITMIRE**,
Appellant

v.

Joyce **GUERRA**, Vicky Barrow, Billie Harris and Rosalina Smith,
Appellee

From the 278th District Court, Walker County, Texas
Trial Court No. 26,139
Kenneth H. Keeling, Judge Presiding

## O R D E R

Motion for extension of time to file motion for rehearing is GRANTED. Motion for rehearing must be filed no later than March 25, 2014. NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED. Motion to order access to Westlaw cases is DENIED, but the clerk of this court is INSTRUCTED to provide appellant with the two cases referenced in the motion and cited in this court's opinion.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of February, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court